JACOB TRAUBMAN, APPELLANT, v. JOSEPH L. SEVESTRE, RESPONDENT.

Submitted January term, 1926—Decided May 17, 1926.

Landlord and Tenant—Tenant Removed Without Giving Due Notice—Alleged That Landlord Waived Notice—Landlord May Waive Such Notice—Question One of Fact Only—Verdict for Defendant Affirmed.

On appeal.

Before Justices PARKER, MINTURN and BLACK.

For the appellant, *Michael H. Feldman.*

For the respondent, *Joseph L. Sevestre.*

PER CURIAM.

This suit was brought in the District Court of Elizabeth to recover a month and one-half month's rent, $87.50, of a

five-room apartment in No. 328 Morris avenue, Elizabeth, New Jersey. The tenant moved out without giving the three months' written notice required by the statute. *Pamph. L. 1923, p.* 144. The case was tried by the court without a jury, resulting in a judgment for the defendant on the ground that the landlord had waived the notice. This was a question of fact. The statute provides that any provision of a lease whereby a lessee or tenant waives any provision of the act shall be deemed against public policy and void. But the landlord is not denied the right to waive such notice. We do not review questions of fact. *Paonessa v. Ruh,* 78 *N. J. L.* 253.

The judgment of the District Court is affirmed.